[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-15229
Non-Argument Calendar
_____

D.C. Docket No. 5:14-cr-00005-WTH-PRL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JIMMIE L. YOUNGBLOOD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(July 13, 2016)

Before WILLIAM PRYOR, JORDAN and FAY, Circuit Judges.

PER CURIAM:

Charles E. Taylor, court-appointed counsel for Jimmie L. Youngblood in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared under *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  In addition, Youngblood has filed two motions for the appointment of substitute counsel.  Our independent review of the entire record reveals that Taylor's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, Taylor's motion to withdraw is **GRANTED**, Youngblood's conviction and sentence are **AFFIRMED**, and Youngblood's motions are **DENIED** as moot.